UNITED STATES of America,
Plaintiff—Appellee,

v.

Vicente SERNA–ESCALANTE,
Defendant—Appellant.

No. 03–10301.

D.C. No. CR–02–05473–AWI.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 18, 2004.

William L. Sims, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Victor M. Chavez, Fresno, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before HALL, LEAVY, and FISHER, Circuit Judges.

## MEMORANDUM**

Vicente Serna–Escalante appeals his guilty-plea conviction and 70–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Serna–Escalante has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Serna–Escalante has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

